UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                      CRIMINAL NO. 04-80259-03

v.

                                      HONORABLE AVERN COHN

TYRONE PRATT,

       Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the Court is defendant's motion for reconsideration. The Court being fully advised in the premises,

**IT IS ORDERED** that the motion **[DKT #172]** is **DENIED.**

**SO ORDERED.**

                                          s/ Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

Dated: August 3, 2009

I hereby certify that a copy of the foregoing document was mailed to Tyrone Pratt, 17850-039, USP Hazelton, U.S. Penitentiary, P.O. Box 2000, Bruceton Mills, WV 26525 and the attorneys of record on this date, August 3, 2009, by electronic and/or ordinary mail.

                                          s/ Julie Owens
                                          Case Manager, (313) 234-5160